FILED

2015 APR -1 PM 2:21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2014 Grand Jury

| UNITED STATES OF AMERICA, | No. SA CR 15-00038 |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 846: Conspiracy to Distribute Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii): Possession with the Intent to Distribute Cocaine; 18 U.S.C. § 2(a): Aiding and Abetting; 21 U.S.C. § 853: Criminal Forfeiture] |
| OSWALDO DE JESUS MIRAMONTES-DIAZ, aka "Rojo," and DE SEAN LOUIS WEST, Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.  OBJECT OF THE CONSPIRACY

Beginning on or about August 1, 2013, and continuing until on or about September 1, 2013, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendants OSWALDO DE JESUS MIRAMONTES-DIAZ, also known as "Rojo" ("MIRAMONTES"), and DE SEAN LOUIS WEST ("WEST"),

and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

B.  <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Defendants MIRAMONTES and WEST would communicate with unindicted co-conspirators to coordinate the transportation and importation of multi-kilogram quantities of cocaine from Mexico into the United States, including the Los Angeles and Orange counties.

2. Defendant MIRAMONTES would transport the multi-kilogram quantities of cocaine to defendant WEST for further distribution.

3. Defendant WEST would give defendant MIRAMONTES multi-million dollar amounts of United States currency in exchange for the multi-kilogram quantity of cocaine.

C.  <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, on or about the following dates and times, defendants MIRAMONTES and WEST, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including but not limited to the following:

1. On or about August 30, 2013, unindicted Co-Conspirator Number One communicated with unindicted Co-Conspirator Number Two to set up a drug transaction in Los Angeles, California, within the Central District of California. This drug transaction was to involve approximately 48 kilograms of cocaine in exchange for approximately $1.188 million.

2. On or about August 30, 2013, defendant MIRAMONTES communicated with unindicted Co-Conspirator Number One to discuss the exact location where defendant MIRAMONTES was to transport the approximately 48 kilograms of cocaine.

3. On or about August 30, 2013, defendant WEST communicated with defendant MIRAMONTES to coordinate their meeting.

4. On or about August 30, 2013, defendant MIRAMONTES met with defendant WEST in Los Angeles, California, within the Central District of California, in order for defendant MIRAMONTES to give defendant WEST the approximately 48.27 kilograms of cocaine.

5. On or about August 30, 2013, defendant WEST was prepared to pay defendant MIRAMONTES approximately $1.188 million in exchange for the approximately 48.27 kilograms of cocaine.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

On or about August 30, 2013, in Los Angeles County, within the Central District of California, defendants OSWALDO DE JESUS MIRAMONTES-DIAZ, also known as "Rojo," and DE SEAN LOUIS WEST, each aiding and abetting the other, knowingly and intentionally possessed with the intent to distribute at least five kilograms, namely, approximately 48.27 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.


## CRIMINAL FORFEITURE ALLEGATION
### [21 U.S.C. § 853]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to defendants OSWALDO DE JESUS MIRAMONTES-DIAZ, also known as "Rojo," and DE SEAN LOUIS WEST, that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853(a), in the event of either defendant's conviction under any of Counts One and Two of this Indictment. If convicted of any of the offenses set forth in Counts One and Two, such defendant shall forfeit to the United States the following property:

    (a) All right, title, and interest in --
        (i) any and all property constituting or derived from any proceeds obtained, directly or indirectly, as a result of each such violation; and
        (ii) any property, real or personal, used, or intended to be used, in any manner or part, to commit or to facilitate the commission of each such violation.

    (b) A sum of money equal to the total value of the property described in paragraphs 1(a)(i) and (ii).

2. Pursuant to Title 21, United States Code, Section 853(p), a defendant so convicted shall forfeit substitute property, up to the value of the total amount described in paragraph 1(a) if, as the result of any act or omission of said

defendant, said property, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
_____
Foreperson

ARTHUR G. WYATT
Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

JERRY MCMILLEN
Deputy Chief, Litigation Unit
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

ANDREA GOLDBARG
Assistant Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

AMANDA N. LISKAMM
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice